1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9
10   CARLOS SOLANO,                    )      NO.  CV 20-9738-RGK (AGR)
                                       )
11             Petitioner,             )
                                       )      JUDGMENT
12        v.                           )
                                       )
13   STEWART SHERMAN, Warden,          )
                                       )
14             Respondent.             )
     _____)
15

16        Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus

17   (Successive Petition),

18        IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is

19   denied and summarily dismissed for lack of subject matter jurisdiction.

20

21   DATED: January 4, 2021        _____

22                                         R. GARY KLAUSNER
                                         United States District Judge
23
24
25
26
27
28